

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00892-CR

**IN RE** Timothy **GAFFNEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  December 31, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On December 19, 2014, relator Timothy Gaffney filed a pro se petition for writ of mandamus complaining of the trial court's failure to rule on a pending motion. Relator was convicted and sentenced in the underlying criminal matter in October 2012 and no direct appeal of his conviction or sentence was taken to this court.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2014); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding "Article 11.07 provides the exclusive

---

[1] This proceeding arises out of Cause No. 2010CR1998, styled *The State of Texas v. Timothy Gaffney*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.

means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus. Accordingly, relator's petition is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH